IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FERDINANT BALLA, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:14-cv-01150 |
| v. | ) ) | Judge Nixon |
| | ) | Magistrate Judge Bryant |
| KAIROS NETWORK VETERAN SERVICES, LLC, et al., | ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 25 day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT